# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**NORMAN ADAMS**                                                                         **PLAINTIFF**
**ADC #136063**

**v.**                       **CASE NO. 4:16-CV-00854 BSM**

**GRIMES, Captain,**
**White County Detention Center, et al.**                                   **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge Joe J. Volpe [Doc. No. 5] has been reviewed. No objections have been filed. After reviewing the record, the RD is adopted.

Accordingly, plaintiff Norman Adams's complaint [Doc. No. 1] is dismissed without prejudice for the failure to state a claim, which constitutes a "strike" for purposes of 28 U.S.C. § 1915(g). It is certified that an *in forma pauperis* appeal would not be taken in good faith. *See id.* § 1915(a)(3).

IT IS SO ORDERED this 24th day of January 2017.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE